1  Name: DERRICK E. FULLER

2  Address: 1110 W PICO Blvd

3  LOS Angeles CA 90064

4  Phone: 823-543-1316

5  Fax:

6  In Pro Per

7

**FILED**
CLERK, U.S. DISTRICT COURT

**3/5/24**

CENTRAL DISTRICT OF CALIFORNIA
BY: __mz__ DEPUTY

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  Derrick E. Fuller

11

12                                 Plaintiff

13          v.

14  BMO BAnk

15

16                                 Defendant(s).

CASE NUMBER:
**2:24-cv-01800-CBM(KSx)**

To be supplied by the Clerk of
The United States District Court

17  On Feb 27th 2024 Plaintiff Derrick E. Fullers'
18  online banking Account with BMO was placed
19  on frozen status due to suspicion of fraud.
20  Plaintiff was informed by customer service no
21  would have to verify his identity in order
22  to have Account unfrozen. Plaintiff was given
23  A email Address to send identity documents
24  too so that his Account could be unfrozen.
25  Plaintiff was out of town And could not go
26  into A branch As was suggested by customer
27  service. Plaintiff had incoming deposits
28

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

2

of $387,578 & $4,200.86 Along with money available in his Account on Feb 27th 2024. Plaintiff was informed it would be 24-48 hrs to verify documents to gain access to his Account. After no response Plaintiff called customer service 2 days later And was told it could take up to 15 days And that his Account would be "Closed." Plaintiff asked how the customer service employee knew At this stage the Account would be closed And the question was not answered. Plaintiff then asked for a Available Account balance And was told he could not have An Available Account balance. Plaintiff then flew back home And visited 2 BMO branches Where he was not given basic information About his Account. Plaintiff asked to file a "fraud" complaint on behalf of his Account being Withhold for no other reason than identity verification, After providing All requested documentation. Plaintiff was

PLEADING PAGE FOR A COMPLAINT

3

given the incorrect email Address to on All documents intially, so there was A question of inproperity on the part of BMO employee staff. Plaintiff was still denied Any Access to his Account, with the understanding that there has been All "Cash" deposits And the bank cannot legally with hold cash. There was A question of Plaintiffs identification documents being newly issued, so Plaintiff provided a police report indicating All personal identifying documents had been stolen months prior.

Per Harris Dallas Banking Agreements BMO is in direct violation of their own guarantees. This feels Alot like retaliation for A case submitted on Plaintiffs behalf And on the day the money was to be dispersed Plaintiffs Accounts were frozen. Plaintiff is A single Member LLC owner which is A solo proprietor in the eyes of the law which All documentation was provided for that As well.

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

Please find attached All documents forwarded to BYAO for identification verification. Exhibits will be numbered 1 — 10. until All Exhibits have been presented.

Exhibit #1 — Police Report
Exhibit #2 — Front Drivers License
Exhibit #3 — Back Drivers License
Exhibit #4 — Social Security Card
Exhibit #5 — Birth Certificate
Exhibit #6 — Ein For Redrick Entertainment
Exhibit #7 — Ein For Derrick E. Fuller
Exhibit #8 # — State of California Registration
Exhibit #10 — Delaware LLC
Exhibit #11 — California Certificate of Qualification
Exhibit #12 — Delaware Certification
Exhibit #13 — Delaware Revival LLC
Exhibit #14 — Los Angeles County DBA (Redrick Entertainment)
Exhibit #15 — Los Angeles City Taxes Redrick Entertainment LLC



This incident has been reported to the Los Angeles Police Department and is pending approval.

**General Information**

| | |
|---|---|
| Incident Type | Theft |
| Tracking Number | 231230900226 |
| Report Date | 12/30/2023 05:49 PM |

**Reporting Person Information**

| | |
|---|---|
| Employer Name | Redrick Entertainment LLC |
| Work Address | 1633 West 5th Street, Los Angeles , CA 90071, |
| Work Phone | 323-643-1316EX |
| Name | Fuller, Derrick E |
| Home Address | 11110 Pico Boulevard, Los Angeles , CA 900 |
| Primary Phone <b style="color:red;"><b=b style="font-size:12px"> (Please include the dashes in the number) </b></b> | 323-543-1316 |
| Email | hedrick@redrickent.com |
| Race | Black |
| Gender | Male |
| Date of Birth | 08/03/1979 |
| Driver License No | YS918534 |
| Licensing State | CA |
| Age | 44 , |
| Height | 5'09" |
| Weight | 189 |
| Eye Color | Brown |
| Hair Color | Black |

**Incident Information**

| | |
|---|---|
| Incident Location | 800 North Alameda Street, LOS ANGELES, C |
| Enter the actual date/time your property was stolen. If unknown, enter the last time you know you had your property. | 11/06/2023 07:20 AM |
| Enter the actual date/time your property was stolen. If | |



Exhibit # 1



**Incident Information**

Incident Location                                                              800 North Alameda Street, LOS ANGE

Enter the actual date/time your property was stolen. If
unknown, enter the last time you know you had your           11/06/2023 07:20 AM
property.

Enter the actual date/time your property was stolen. If
unknown, enter the time you discovered your property         11/06/2023 07:20 AM
was stolen.

Location Type                                                                 Train

**Property Information**

**No 1**

Type                                                                          Bag or Backpack (Gym Bag, Tote Bag

Brand                                                                         Vans

Color                                                                         Black

How Many                                                                      1

Value of Each Item ($)                                                        \$740.00

Property Description                                                          Inside backpack was all personal ide

**No 2**

Type                                                                          Debit Card

Model                                                                         First City Credit Un

Color                                                                         Green

How Many                                                                      1

Value of Each Item ($)                                                        \$0.00

Property Description                                                          Card was inside bookba

**No 3**

Type                                                                          Laptop Computer

Brand                                                                         Apple

Model                                                                         Mac Pro

Color                                                                         Gray

How Many                                                                      1

Value of Each Item ($)                                                        \$500.00

Property Description                                                          Laptop had all personal information



*Exhibit # 1*

secure.coplogic.com/dors/en/fi

This incident has been reported to the
Los Angeles Police Department
and is pending approval

Los Angeles Police Department
100 West 1st Street Room
Los Angeles, CA 90012
877-275-5273

**General Information**

Incident Type                Theft
Tracking Number              231230900226
Report Date                  12/30/2023 05:49 PM

**Reporting Person Information**

Employer Name                Redrick Entertainment LLC
Work Address                 1633 West 5th Street, Los Angeles , CA 90071, US
Work Phone                   323-543-1316X
Name                         Fuller, Derrick E
Home Address                 11110 Pico Boulevard, Los Angeles , CA 90064, US
Primary Phone                323-543-1316
Email                        hredrick@redrickent.com
Race                         Black
Gender                       Male
Date of Birth                08/09/1979
Driver License No.           Y5938534
Licensing Status             CA
Age                          44
Height                       5'09"
Weight                       189
Eye Color                    Brown
Hair Color                   Black

**Incident Information**

Incident Location            800 North Alameda Street, LOS ANGELES, CA 90012
Enter the actual date/time your property was stolen. If
unknown, enter the last time you know you had your      11/06/2023 07:20 AM
property.
Enter the actual date/time your property was stolen. If
unknown, enter the time you discovered your property   11/06/2023 07:20 AM
was stolen.
Location Type                Train

**Property Information**

No 1
Type                         Bag or Backpack (Gym Bag, Tote Bag, Fanny Pack, etc.)
Brand                        Vans
Color                        Black
How Many                     1
Value of Each Item ($)       240.00
Property Description         Inside backpack was all personal identifying information about my business.
No 2
Type                         Debit Card
Model                        First City Credit Un
Color                        Green
How Many                     1
Value of Each Item ($)       0.00
Property Description         Card was inside bookbag.
No 3
Type                         Laptop Computer
Brand                        Apple
Model                        Mac Pro
Color                        Gray
How Many                     1
Value of Each Item ($)       1500.00
Property Description         Laptop had all personal information on it.
No 4
Type                         Checks
Brand                        First City Credit Un
Color                        Blue
How Many                     3
Value of Each Item ($)       0.00
Property Description         Checks were personal checking account.
No 5
Type                         ID (Driver's License, Identification Card, Work Badge, etc.; but Not Passports)
Brand                        Drivers License
Color                        White
How Many                     1
Value of Each Item ($)       0.00
Property Description         Drivers License
No 6
Type                         Other
Brand                        Paperwork
How Many                     7
Value of Each Item ($)       0.00
Property Description         Copyrights, Tax Forms, Business Contracts, Passwords

**Narrative**

On Metro Blue line Train 1142A on November 6 at approx 7:20am I noticed my bookbag was missing after



Property Description            Card was inside bookbag/b...
No 3
Type                           Laptop Computer
Brand                          Apple
Model                          Mac Pro
Color                          Gray
How Many                       1
Value of Each Item ($)         00.00
Property Description            Laptop had all personal informati...
No 4
Type                           Checks
Brand                          First City Credit Un
Color                          Blue
Value of Each Item ($)         3
No 00                          00.00
Property Description            Checks were personal checking a...
No 5
Type                           ID (Driver's License, Identification
Brand                          Drivers License
Color                          White
How Many                       1
Value of Each Item ($)         00.00
Property Description            Drivers License
No 6
Type                           Other
Brand                          Paperwork
How Many                       7
Value of Each Item ($)         0.00
Property Description            Copyrights, Tax Forms, Business C...
Narrative

On Metro Blue line Train 1142A or...



*Exhibit # 1*

secure.coplogic.com/dors/en/fi

Los Angeles Police Department
100 West 1st Street Room
Los Angeles, CA 90012
877-275-5273

This incident has been reported to the
Los Angeles Police Department
and is pending approval

**General Information**
Incident Type — Theft
Tracking Number — 231230900226
Report Date — 12/30/2023 05:49 PM

**Reporting Person Information**
Employer Name — Redrick Entertainment LLC
Work Address — 1523 West 5th Street, Los Angeles , CA 90071, US
Work Phone — 323-543-1316X
Name — Fuller, Derrick E
Home Address — 11110 Pico Boulevard, Los Angeles , CA 90064, US
Primary Phone <b style="color:red;"=b b style="font-size:12pc"> (Please include the dashes in the number) </b></b>. — 323-543-1316
Email — hedrick@redrickent.com
Race — Black
Gender — Male
Date of Birth — 08/02/1979
Driver License No. — YS018534
Licensing State — CA
Age — 44
Height — 509
Weight — 189
Eye Color — Brown
Hair Color — Black

**Incident Information**
Incident Location — 800 North Alameda Street, LOS ANGELES, CA 90012
Enter the actual date/time your property was stolen. If unknown, enter the last time you know you had your property. — 11/06/2023 07:20 AM
Enter the actual date/time your property was stolen. If unknown, enter the time you discovered your property was stolen. — 11/06/2023 07:20 AM
Location Type — Train

**Property Information**
No 1
Type — Bag or Backpack (Gym Bag, Tote Bag, Fanny Pack, etc.)
Brand — Vans
Color — Black
How Many — 1
Value of Each Item ($) — 3140.00
Property Description — inside backpack was all personal identifying information about my business
No 2
Type — Debit Card
Model — First City Credit Un
Color — Green
How Many — 1
Value of Each Item ($) — 0.00
Property Description — Card was inside bookbag
No 3
Type — Laptop Computer
Brand — Apple
Model — Mac Pro
Color — Gray
How Many — 1
Value of Each Item ($) — 2500.00
Property Description — Laptop had all personal information on it.
No 4
Type — Checks
Brand — First City Credit Un
Color — Blue
How Many — 3
Value of Each Item ($) — 0.00
Property Description — Checks were personal checking account.
No 5
Type — ID (Driver's License, Identification Card, Work Badge, etc.; but Not Passports)
Brand — Drivers License
Color — White
How Many — 1
Value of Each Item ($) — 0.00
Property Description — Drivers License
No 6
Type — Other
Brand — Paperwork
How Many — 7
Value of Each Item ($) — 0.00 Each
Property Description — Copyrights, Tax Forms, Business Contracts, Passwords

**Narrative**
On Metro Blue Line Train 1142A on November 6 at approx 7:20am I noticed my bookbag was missing after



# California USA   DRIVER LICENSE

DL

**CLASS C**

EXP **08/09/2028**

**END NONE**

LN **FULLER**
FN **DERRICK EIN**

DOB **08/09/1979**
**RSTR NONE**

08091979

**SEX M**   **HAIR BLK**   **EYES BRN**
**HGT  5'-09"**   **WGT  190 lb**
DD 09/28/2023509C8/AAFD/28

**ISS**
**12/15/2023**





Exhibit #4



Exhibit #5



CERTIFICATION OF VITAL RECORD

State of Delaware

DEPARTMENT OF HEALTH AND SOCIAL SERVICES    DIVISION OF PUBLIC HEALTH

Office of Vital Statistics

CERTIFICATION OF BIRTH

NAME: *DERRICK EIN FULLER*

DATE OF BIRTH: AUG 09 1979

CITY/TOWN OF BIRTH: WILMINGTON

SEX: MALE

MOTHER'S MAIDEN NAME : ADRIENNE DENISE FULLER

FATHER'S NAME:

STATE FILE NUMBER: 107-79-005466

FILE DATE: AUG 20 1979

DATE ISSUED: JAN 25 2024

Steven L. Blessing, MA

State Registrar

This certified copy is a true and correct copy or part
thereof of the original record filed with the Delaware
Division of Public Health, Office of Vital Statistics. This
is issued under the authority of 16 Del. C., § 3110.

Any alteration of this document is prohibited. Do not
accept unless on security paper with the raised seal
of the Office of Vital Statistics.

S 1 4 9 4 5 7

*Exhibit #6*

01/31/2024 2:03:53 PM -0500 IRS

PAGE 2

**Department of the Treasury**
**Internal Revenue Service**
**Service Center**
**Ogden, UT, 84201**

In reply refer to: 0153135186
1/31/2024                LTR 147C

REDRICK ENTERTAINMENT LLC
633 W 5TH ST STE 2600
LOS ANGELES, CA 90071-2053-508

Employer Identification Number: 86-2230220

Dear Taxpayer:

Thank you for your inquiry of 1/31/2024.

Your Employer Identification Number (EIN) is 86-2230220.
Please keep this letter in your permanent records. Enter your name and your EIN on all business federal tax forms and on related correspondence.

If you have any questions regarding this letter, you can call 800-829-0115. If you prefer, you may write to us at the address shown at the top of the first page of this letter. When you write, please include a telephone number where you may be reached and the best time to call.

Sincerely,

Miss. Pugh
1005070248
CSR

Exhibit #7

1/17/24, 2:22 PM                                          IMG_0562.jpeg

X

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA  PA   19255-0023

Date of this notice:  02-26-2021

Employer Identification Number:
86-2230220

004811.315915.125672.20457 1 MB 0.450 530

Form:  SS-4

Number of this notice:  CP 575 G

DERRICK EIN  FULLER
7513 MAIE AVE UNIT 1
LOS ANGELES  CA  90001

For assistance you may call us at:
1-800-829-4933

004811

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned
you EIN 86-2230220.  This EIN will identify you, your business accounts, tax returns,
and documents, even if you have no employees.  Please keep this notice in your
permanent records.

When filing tax documents, payments, and related correspondence, it is very
important that you use your EIN and complete name and address exactly as shown above.
Any variation may cause a delay in processing, result in incorrect information in your
account, or even cause you to be assigned more than one EIN.  If the information
is not correct as shown above, please make the correction using the attached tear-off
stub and return it to us.

A limited liability company (LLC) may file Form 8832, Entity Classification
Election, and elect to be classified as an association taxable as a corporation.  If
the LLC is eligible to be treated as a corporation that meets certain tests and it
will be electing S corporation status, it must timely file Form 2553, Election by a
Small Business Corporation.  The LLC will be treated as a corporation as of the
effective date of the S corporation election and does not need to file Form 8832.

IMPORTANT REMINDERS:

*   Keep a copy of this notice in your permanent records.  This notice is issued
    only one time and IRS will not be able to generate a duplicate copy for you.
    You may give a copy of this document to anyone asking for proof of your EIN.

*   Use this EIN and your name exactly as they appear at the top of this notice
    on all your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

*   Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is FULL.  You will need to provide
this information, along with your EIN, if you file your returns electronically.

If you have questions about your EIN, you can contact us at the phone number or
address listed at the top of this notice.  If you write, please tear off the stub at
the bottom of this notice and include it with your letter.  Thank you for your
cooperation.

Exhibit #8



BA20240330283



### STATE OF CALIFORNIA
*Office of the Secretary of State*
### STATEMENT OF INFORMATION
### LIMITED LIABILITY COMPANY
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20240330283
Date Filed: 2/21/2024

| Entity Details | |
|---|---|
| Limited Liability Company Name | Redrick Entertainment LLC |
| Entity No. | 202460711469 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 1001 WILSHIRE BLVD STE 102 LOS ANGELES, CA 90017 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 1001 WILSHIRE BLVD STE 102 LOS ANGELES, CA 90017 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| ⊞ Derrick Fuller | 633 W 5TH ST STE 2600 LOS ANGELES, CA 90071 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Entertainment Consultant |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

016-6856 02/21/2024 8:52 AM Received by California Secretary of State

*Exhibit # 9*

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by
California law to sign.

*Derrick Fuller*                                    02/21/2024
Signature                                          Date

516-6857  02/21/2024  8:52 AM  Received by California Secretary of State

*Exhibit #10*



# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "REDRICK ENTERTAINMENT LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FOURTH DAY OF JANUARY, A.D. 2024.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "REDRICK ENTERTAINMENT LLC" WAS FORMED ON THE SIXTEENTH DAY OF SEPTEMBER, A.D. 2021.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

39-3695 01/24/2024 2:16 PM Received by California Secretary of State

Jeffrey W. Bullock, Secretary of State

6241759 8300

SR# 20240225355

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202656811

Date: 01-24-24

Page 3 of 3

*Exhibit #11*



## Secretary of State
## Certificate of Qualification / Registration

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

**Entity Name:** Redrick Entertainment LLC
**Entity No.:** 202460711469
**Registration Date:** 01/24/2024
**Filing Type:** Limited Liability Company - Out of State
**Formed In:** DELAWARE

The above referenced entity complied with the requirements of California law in effect on the Registration Date for the purpose of qualifying to transact intrastate business in the State of California, and that as of the Registration Date, said entity became and now is duly registered, qualified and authorized to transact intrastate business in the State of California, subject however, to any licensing requirements otherwise imposed by the laws of this State and that the entity shall transact all intrastate business within California under the Entity Name as set forth above.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of February 07, 2024.

SHIRLEY N. WEBER, PH.D.
Secretary of State

Certificate No.: 180175018

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.

*Exhibit #12*

# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF REVIVAL OF "REDRICK ENTERTAINMENT LLC", FILED IN THIS OFFICE ON THE NINTH DAY OF JANUARY, A.D. 2024, AT 7:28 O`CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

6241759  8100
SR# 20240078361

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202628092
Date: 01-21-24

*Exhibit #13*

# STATE OF DELAWARE
## CERTIFICATE OF REVIVAL OF
## A DELAWARE LIMITED LIABILITY COMPANY
## PURSUANT TO TITLE 6, SEC. 18-1109

1. Name of the Limited Liability Company  Redrick Entertainment LLC

2. Date of the original filing with the Delaware Secretary of State:
   09/16/2021

3. The name and address of the Registered Agent is
   Corporation Service Company
   251 Little Falls Drive
   Wilmington, DE 19808

4. (Insert any other matters the members determine to include herein).

5. This Certificate of Revival is being filed by one or more persons authorized to
   Execute and file the Certificate of Revival.

In witness whereof, the above name Limited Liability Company does hereby certify that
the Limited Liability Company is paying all annual Taxes, penalties and interest due to
the State of Delaware.

BY: _____
                    Authorized Person

Name: Derrick Fuller _____
                    Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:28 PM 01/09/2024
FILED 07:28 PM 01/09/2024
SR 20240078361 - File Number 6241759

*Exhibit #14*

1/17/24, 2:34 PM

IMG_0561 (1).jpeg

NAME: DERRICK EIN FULLER
ADDRESS: 633 WEST 5TH ST STE 2600
CITY: LOS ANGELES                    STATE: CA   ZIP CODE: 90071

2021 165457
FILED            EXPIRES
Jul 22 2021      Jul 22 2026

## FICTITIOUS BUSINESS NAME STATEMEN
### TYPE OF FILING AND FILING FEE (Check one)

- [ ] Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- [x] Amended Filing- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- [ ] Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

$5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION   $5.00 - FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

### The following person(s) is (are) doing business as:

*1. REDRICK ENTERTAINMENT

2. Print Fictitious Business Name(s)

** 633 WEST 5TH ST. STE 2600
Street address of principal place of business
LOS ANGELES        CA    90071       LA COUNTY                          Mailing address if different
City                State/Country  Zip    COUNTY        City            State /County   Zip

Articles of Incorporation or Organization Number (if applicable) AI #ON _____

**REGISTERED OWNER(S):

1. DERRICK EIN FULLER
Full Name/Corp/LLC (P.O. Box not accepted)
633 WEST 5TH ST STE 2600
Residence Address
LOS ANGELES        CA    90071
City                State/Country  Zip
DE
If Corporation or LLC - Print State of Incorporation/Organization

2. Full Name/Corp/LLC (P.O. Box not accepted)
Residence Address
City                State/Country  Zip
If Corporation or LLC - Print State of Incorporation/Organization

3. Full Name/Corp/LLC (P.O. Box not accepted)
Residence Address
City                State/Country  Zip
If Corporation or LLC - Print State of Incorporation/Organization

4. Full Name/Corp/LLC (P.O. Box not accepted)
Residence Address
City                State/Country  Zip
If Corporation or LLC - Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

****THIS BUSINESS IS CONDUCTED BY: (Check one)

- [x] an Individual
- [ ] a General Partnership
- [ ] a Limited Partnership
- [ ] a Limited Liability Company
- [ ] an Unincorporated Association other than a Partnership
- [ ] a Corporation
- [ ] a Trust
- [ ] Copartners
- [ ] a Married Couple
- [ ] Joint Venture
- [ ] State or Local Registered Domestic Partners
- [ ] a Limited Liability Partnership

*****The date registrant started to transact business under the fictitious business name or names listed above:   N/A
(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S)/CORP/LLC NAME (PRINT)   DERRICK EIN FULLER              TITLE  Owner

REGISTRANT SIGNATURE _____              IF CORP OR LLC, PRINT NAME
If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.
NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTITIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

*I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.*
DEAN C. LOGAN, LOS ANGELES COUNTY CLERK       BY: _____ , Deputy
Rev. 01/2014        P.O. BOX 1208, NORWALK, CA 90651-1208    PH: (562) 462-2177    WEB ADDRESS: LAVOTE.NET

Page 1 of 1

*Exhibit #15*



1/31/24, 11:26 AM                                                    roundcube (3024×4032)

THIS CERTIFICATE MUST BE POSTED AT PLACE OF BUSINESS

# CITY OF LOS ANGELES TAX REGISTRATION CERTIFICATE
THIS CERTIFICATE IS GOOD UNTIL SUSPENDED OR CANCELLED

ISSUED: 9/4/2021

**BUSINESS TAX**

| ACCOUNT NO. | FUND/CLASS | DESCRIPTION | STARTED | STATUS |
|---|---|---|---|---|
| 0003266373-0001-9 | LGR1 | GROSSRECEIPTFUND/ CLASS1 ORD 183419 | 4/27/2021 | ACTIVE |

DERRICK FULLER
REDRICK ENTERTAINMENT
633 W 5TH ST STE 2600
LOS ANGELES CA 90071-2053

ISSUED FOR TAX COMPLIANCE PURPOSES ONLY
NOT A LICENSE, PERMIT, OR LAND USE AUTHORIZATION

ISSUED TO

633 W 5TH STREET #2600
LOS ANGELES, CA 90071

"No registration certificate or permit issued under the provisions of the Business Tax ordinances of the LAMC, or the payment of any tax required under the provisions of the Business Tax ordinances of the LAMC shall be construed as authorizing the conduct or continuance of any illegal business or of a legal business in an illegal manner."

ISSUED BY:

DIRECTOR OF FINANCE

NOTIFY THE OFFICE OF FINANCE IN WRITING OF ANY CHANGE IN OWNERSHIP OR ADDRESS - OFFICE OF FINANCE, P.O. BOX 53200, LOS ANGELES CA 90053-0200

FORM 2000 (Rev. 01/20)                              IMPORTANT - READ REVERSE SIDE

---

THIS CERTIFICATE MUST BE POSTED AT PLACE OF BUSINESS

# CITY OF LOS ANGELES TAX REGISTRATION CERTIFICATE
THIS CERTIFICATE IS GOOD UNTIL SUSPENDED OR CANCELLED

ISSUED: 9/4/2021

**BUSINESS TAX**

| ACCOUNT NO. | FUND/CLASS | DESCRIPTION | STARTED | STATUS |
|---|---|---|---|---|
| 0003266373-0001-9 | L109 | MOTION PICTURE PROD | 4/27/2021 | ACTIVE |

DERRICK FULLER
REDRICK ENTERTAINMENT
633 W 5TH ST STE 2600
LOS ANGELES CA 90071-2053

ISSUED FOR TAX COMPLIANCE PURPOSES ONLY
NOT A LICENSE, PERMIT, OR LAND USE AUTHORIZATION

ISSUED TO

633 W 5TH STREET #2600
LOS ANGELES, CA 90071

"No registration certificate or permit issued under the provisions of the Business Tax ordinances of the LAMC, or the payment of any tax required under the provisions of the Business Tax ordinances of the LAMC shall be construed as authorizing the conduct or continuance of any illegal business or of a legal business in an illegal manner."

ISSUED BY:

DIRECTOR OF FINANCE

NOTIFY THE OFFICE OF FINANCE IN WRITING OF ANY CHANGE IN OWNERSHIP OR ADDRESS - OFFICE OF FINANCE, P.O. BOX 53200, LOS ANGELES CA 90053-0200

FORM 2000 (Rev. 01/20)                              IMPORTANT - READ REVERSE SIDE

https://emailmg.domain.com/roundcube/? task=mail& frame=1& mbox=INBOX.Sent& uid=298 part=3& action=get& extwin=1